UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-MJ-1500
No. 5:05-CR-260-3BO4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | O R D E R |
| JOSE ALTAGRACIA DELEON CORCINO ) | |
| aka "Frankie Boss" ) | |

After considering the foregoing motion for a material witness arrest warrant as to Melania Corcino aka "Maritza," and for cause shown therein, it is hereby ORDERED pursuant to 18 U.S.C. § 3144 that the Clerk issue an arrest warrant for Melania Corcino, a copy of which is attached hereto. It is further ordered that the application and memorandum of law in support of the same and the affidavit of USPI James Earl Hoke in support of the warrant be sealed except to provide certified copies to the Office of the United States Attorney for the Eastern District of North Carolina, and counsel for MELANIA CORCINO aka "Maritza," that is, Stanley L. Cohen, 119 Avenue D, Fifth Floor, New York, New York 10009.

So ORDERED this _22_ day of July, 2011.

HONORABLE JAMES E. GATES
United States Magistrate Judge