IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1500

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MELANIA CORCINO | ) | |

This cause comes before the Court upon Defendant's motion for authorization of funds in excess of five hundred dollars pursuant to the Criminal Justice Act. (DE-10). Defendant does not speak or understand fluent English, necessitating the services of an interpreter, Mr. John Sepulveda of Elite Translations of Raleigh, each time Defendant meets with her attorney. Defendant gives no estimate as to the amount of time she anticipates utilizing Mr. Sepulveda's services, nor does she state an hourly rate for such services. Defendant requests the Court authorize the payment of funds in an amount exceeding five hundred dollars for interpreter services.

The Criminal Justice Act was amended on May 27, 2010 to increase the total cost of services obtained without prior authorization from five hundred to eight hundred dollars. *See* 18 U.S.C. § 3006A(e)(2). It is therefore unclear whether Defendant's motion is necessary. Defendant's motion for authorization for funds (DE-10) is DENIED WITHOUT PREJUDICE. Defendant may utilize Mr. Sepulveda's services without prior authorization up to the statutory maximum of eight hundred dollars ($800), and

Defendant may renew her motion for authorization of funds when the cost of these services exceeds the statutory maximum of eight hundred dollars.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 9th day of January, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE