**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

**NO. 5:11-MJ-1500**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MELANIA CORCINO | ) | |
| _____ | ) | |

     This cause comes before the Court upon a motion by the material witness Melania Corcino to compel the Government to take her deposition or, alternatively, to release her to a third party custodian. (DE-12). The Government is hereby ORDERED to respond to the motion to compel no later than 12:00 p.m. on Thursday, January 26, 2012.

     DONE AND ORDERED in Chambers at Raleigh, North Carolina this 23rd day of January, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE