IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-1500

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MELANIA CORCINO | ) | |
| _____ | ) | |

This cause comes before the Court upon a motion by the material witness Melania Corcino to compel the Government to take her deposition or, alternatively, to release her to a third party custodian. (DE-12). The Government has responded to the motion to compel. (DE-14). A hearing on the motion will be held on Thursday, February 2, 2012, at 9:00 a.m. (DE-18). At the hearing, the parties should be prepared to discuss the cases of United States v. Rivera, 859 F.2d 1204 (4th Cir. 1988) and Aguilar-Ayala v. Ruiz, 973 F.2d 411 (5th Cir. 1992).

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 31st day of January, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE